■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEAN ALDRICH, Appellant. [730 NYS2d 900] —Judgment unanimously affirmed. Memorandum: By failing to move to set aside his admission to a violation of probation or vacate the judgment of conviction, defendant failed to preserve for our review his contention that County Court erred in failing to elicit a recitation of the facts underlying his admission (*see, People v Lopez,* 71 NY2d 662, 665). Nor does this case fall within the narrow exception to the preservation doctrine (*see, People v Toxey*, 86 NY2d 725, 725-726, *rearg denied* 86 NY2d 839). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Steuben County Court, Bradstreet, J.—Violation of Probation.) Present—Pigott, Jr., P. J., Green, Pine, Scudder and Lawton, JJ.